United States District Court
Southern District of Texas
**ENTERED**
August 31, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KAYLA MATHESON, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:21-CV-00451 |
| § | |
| ANDREW SAUL, *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER

Before the Court is United States Magistrate Judge Yvonne Y. Ho's Memorandum and Recommendation filed on August 15, 2022. Doc. #26. The deadline for filing objections has passed, and no objections have been filed. Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Memorandum and Recommendation for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, the Court adopts the Memorandum and Recommendation in its entirety.

Accordingly, the Court hereby GRANTS Plaintiff's Motion for Summary Judgment (Doc. #20), DENIES Defendant's Motion for Summary Judgment (Doc. #23), VACATES the decision of the Commissioner of the Social Security Administration, and REMANDS the matter for further administrative proceedings.

It is so ORDERED.

AUG 3 1 2022
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge